85

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SOUTH BAY LINKS AT PORT ISABEL INC., F/K/A SOUTH PADRE ISLAND GOLF AND LINKS-PORT ISABEL, INC., Plaintiffs, | § § § § § § |
| vs. | § § |
| CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, N/K/A LAGUNA MADRE WATER DISTRICT, et.al. Defendants. | § § § § |

CAB-96-119

## ORDER

Before this Court is Cameron County Fresh Water Supply's Emergency Motion for Partial Reconsideration of Order and their Motion for Expedited Hearing on Emergency Motion. After considering both motions this Court is of the opinion that both motions should be and are hereby DENIED. The previous scheduling order setting this cause of action for Final Pre-trial on the 2nd day of September 1999 and Jury Selection on the 3rd day of September, 1999 remains in effect. SO ORDERED.

DONE this 18th day of August, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge