THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| South Bay Links at Port Isabel, Inc., § | |
| F/K/A South Padre Island Golf § | |
| and Links-Port Isabel, Inc. § | |
|     Plaintiffs, § | |
| § Civil No. B-96-119 | |
| vs. § | |
| § | |
| Cameron County Fresh Water Supply § | |
| District No.1, N/K/A Laguna Madre Water § | |
| District, et. al., § | |
|     Defendants. § | |

ORDER

On this day, this Court received John Thorbe's Request for an Emergency Hearing for a Continuance. After reviewing the request, this Court is of the opinion that said request should be and is hereby **DENIED**.

DONE this 20th day of August, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge