92

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**AUG 2 4 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTH BAY LINKS AT PORT ISABEL,<br>INC., F/K/A SOUTH PADRE ISLAND<br>GOLF AND LINKS-PORT ISABEL, INC.,<br>Plaintiffs, | §<br>§<br>§<br>§<br>§ | CIVIL NO. B-96-119 |
| *VS.* | §<br>§ | REFERRED ADV. NO. 97-2172-B |
| CAMERON COUNTY FRESH WATER<br>SUPPLY DISTRICT NO. 1, N/K/A<br>LAGUNA MADRE WATER DISTRICT, et al.<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER DENYING EMERGENCY MOTION TO RECUSE JUDGE

Came on for consideration the Emergency Motion to Recuse Judge filed by South Bay Links at Port Isabel Inc. f/k/a South Padre Island Golf and Links-Port Isabel and the Court being of the opinion that such motion should be DENIED; It is therefore

ORDERED that South Bay Links at Port Isabel Inc. f/k/a South Padre Island Golf and Links-Port Isabel Emergency Motion to Recuse Judge is hereby DENIED.

SIGNED this _20th_ day of _August_, 1999.

UNITED STATES DISTRICT JUDGE