

*161*

United States District Court
Southern District of Texas
ENTERED

SEP 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# MEMORANDUM

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**DATE:** September 1, 1999

**TO:** All parties

**FROM:** Judge Filemon B. Vela

**SUBJECT:** South Bay Links vs. Cameron County Fresh Water Supply, et al., Civil Action No. B-96-119

---

    All parties are to submit to this Court by 5:00 p.m today no more than one half page with the following information:

    Whether you are still an active party in the suit, if so what relief are you seeking and on what grounds. Defendants should state their contentions as well. State any causes of action that have been dismissed and against whom.

    This court will address all matters at tomorrow morning's final pretrial conference.

ClibPDF - www.fastio.com