110

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTH BAY LINKS AT PORT ISABEL INC., F/K/A SOUTH PADRE ISLAND GOLF AND LINKS-PORT ISABEL, INC., Plaintiffs, | § § § § § | |
| vs. | § § | B-96 CV 119 |
| CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, N/K/A LAGUNA MADRE WATER DISTRICT, et.al. Defendants. | § § § § § | |

ORDER

Before this Court are a number of pending motions. After careful consideration of each, it is hereby **ORDERED** that:

Motion to Recuse Judge Scmidt [80-1] is **DENIED**.

Nuevacorp's Motion to Dismiss [82-1] is **DENIED**

Nuevacorp's Motion to Compel [86-1] is **DENIED**

Nuevacorp's Motion for Continuance [87-1] is **DENIED**

Nuevacorp's Motion for Leave to File Joint Pretrial Order Late [93-1] is **GRANTED**

Nuevacorp's Motion for Reconsideration of Bankruptcy Court Order [96-1] is **DENIED**

Nuevacorp's Motion to Dismiss [97-1], Motion for Summary Judgment [97-2] and Motion to Shorten Time [97-3] are all **DENIED**

Cameron County Fresh Water Supply's Motion to Strike Nuevacorp Inc.'s Late Filed Answer and Counterclaim [105-1] is **GRANTED** but their Motion for Sanctions [105-2] is **DENIED**

DONE this 2nd day of September, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge