*111*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 96-2176 |
| WINSTON SHERWOOD MORRIS | § | CHAPTER 11 |
| TAYLOR a/k/a WINSTON S. MORRIS, JR., | § | |
| d/b/a MORRIS & CO. | § | |
| | § | |
| Debtor. | § | Recently Dismissed in the Eastern |
| | § | District of Kentucky, Covington Division |

---

| | | |
|---|---|---|
| SOUTH BAY LINKS AT PORT ISABEL, | § | |
| INC., F/K/A SOUTH PADRE ISLAND GOLF | § | |
| AND LINKS-PORT ISABEL, INC., | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | Referred Adversary |
| | § | Proceeding No. 97-2172-B |
| CAMERON COUNTY FRESH WATER | § | |
| SUPPLY DISTRICT NO. 1, N/K/A | § | |
| LAGUNA MADRE WATER DISTRICT, et al. | § | |
| Defendants | | |

ORDER

On this the **2nd** day of **September**, 1999, come on for consideration Plaintiff's Motion for Leave to Appear and it appearing to the Court that said Motion is well take it is, therefore,

ORDERED that Patrick Russell of the Law Office of Russell & Alegria, P.C., be allowed to appear in place of William Schweinle, attorney in charge, for Plaintiff, SOUTH BAY LINKS AT PORT ISABEL, Inc. and Stephen Schultz, Pro-Se Litigant and Winston S. Morris, Jr., Pro-Se Litigant at the Final Pre-Trial Conference before this court on September 2, 1999 at 8:30 a.m.

Signed for entry on this **2nd** day of **September**, 1999.

_____
U.S. DISTRICT JUDGE