112

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTH BAY LINKS AT PORT ISABEL, INC., F/K/A SOUTH PADRE ISLAND GOLF AND LINKS-PORT ISABEL, INC., Plaintiffs, | § § § § § | CIVIL NO. B-96-119 |
| VS. | § § § | REFERRED ADV. NO. 97-2172-B |
| CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, N/K/A LAGUNA MADRE WATER DISTRICT, et al. Defendants. | § § § § | |

**ORDER GRANTING CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1 AND WILLIAM HEINZE'S MOTION TO REALIGN PARTIES**

Came on for consideration Cameron County Fresh Water Supply District No. 1 and William Heinze's Motion to Realign the Parties and the Court is of the opinion that such Motion should be GRANTED.

It is therefore ORDERED that Cameron County Fresh Water Supply District No. 1 and William Heinze Motion to Realign the Parties is GRANTED.

It is further ORDERED that Cameron County Fresh Water Supply District No. 1 and William Heinze are hereby named as Plaintiffs and Nuevacorp, Inc. d/b/a Sand Dollar Realty and John are named as Defendants for all purposes in this case henceforth, including the trial.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE