United States District Court
Southern District of Texas
FILED / Entered

SEP - 2 1999

Michael N. Milby
Clerk of Court

By [signature]

113

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SOUTH BAY LINKS AT PORT ISABEL INC., f/k/a SOUTH PADRE ISLAND GOLF AND LINKS-PORT ISABEL, INC. § § § § | |
| VS. § § | Referred Adversary Proceeding No. 97-2172-B |
| CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, n/k/a LAGUNA MADRE WATER DISTRICT ET AL. § § § § § | Civil Action No. B-96-119 |

## ORDER DISMISSING ALL CLAIMS OF JOHN THOBE AGAINST CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, n/k/a LAGUNA MADRE WATER DISTRICT, WILLIAM HEINZE AND EDUARDO HERNANDEZ

On this day the Court called the above-styled and numbered cause for Final Pre-Trial.

On the grounds stated in Defendants' Motion for Summary Judgment, and because of Intervenor, John Thobe's failure to produce evidence regarding his disclosure of conflicts of interest, all claims of Intervenor, JOHN THOBE, against CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, now known as LAGUNA MADRE WATER DISTRICT, WILLIAM HEINZE AND EDUARDO HERNANDEZ are hereby dismissed.

SIGNED AND ENTERED this 2nd day of September, 1999.

[signature]

Judge Presiding