127

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 9 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SOUTH BAY LINKS AT PORT ISABEL, INC., F/K/A SOUTH PADRE ISLAND GOLF AND LINKS-PORT ISABEL, INC.<br>Plaintiffs<br><br>VS.<br><br>CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, N/K/A LAGUNA MADRE WATER DISTRICT, et al.<br>Defendants | § § § § § § § § § § § § § |

Civil Action B-96-119

## ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day, came on to be heard, Third-Party Defendants/Cross-Defendants Nuevacorp, Inc. d/b/a SandDollar Realty and John Thobe's Motion for Partial Summary Judgment. All parties appeared by and through respective counsel. The Court after examining the pleadings and evidence and hearing the arguments of counsel is of the opinion and finds that Third-Party Defendants/Cross-Defendants Nuevacorp, Inc. d/b/a SandDollar Realty and John Thobe are not entitled to summary judgment on all claims filed against them by Third-party Plaintiff, William Heinze.

IT IS THEREFORE, ORDERED ADJUDGED and DECREED that Third Party Defendants' Motion for Partial Summary Judgment be DENIED.

SIGNED FOR ENTRY on this the 9th day of September, 1999.

_____
JUDGE PRESIDING