152

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 04 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTH BAY LINKS AT PORT ISABEL, | § | |
| INC., F/K/A SOUTH PADRE ISLAND | § | CIVIL NO. B-96-119 |
| GOLF AND LINKS-PORT ISABEL, INC., | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | REFERRED ADV. NO. 97-2172-B |
| | § | |
| CAMERON COUNTY FRESH WATER | § | |
| SUPPLY DISTRICT NO. 1, N/K/A | § | |
| LAGUNA MADRE WATER DISTRICT, | § | |
| et al. | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This action came on for final pretrial conference and a subsequent trial before the Court and a jury, Honorable Filemon Vela, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, therefore,

It is Ordered and Adjudged pursuant to the Court's *sua sponte* Order announced during the final Pretrial Conference that all claims and causes of action filed by the Cameron County Water District n/k/a Laguna Madre Water District against John Thobe and Nuevacorp, Inc., be and are hereby dismissed except to the extent that sanctions may be imposed by the Court upon either John Thobe or Nuevacorp for the filing of the intervention by John Thobe.

It is further Ordered and Adjudged that the counter-plaintiff William Heinze recover of the defendants, John Thobe and Nuevacorp, Inc., d/b/a Sanddollar Realty, jointly and severally, the sum of Two Million Dollars ($2,000,000.00) United States currency.

It is further Ordered and Adjudged that the counter-plaintiff William Heinze recover of the defendants, John Thobe and Nuevacorp, Inc., d/b/a Sanddollar Realty, jointly and severally,

the sum of Seven Hundred Ninety-four Thousand Five Hundred Twenty-two Dollars and twenty-five cents ($794,522.25) United States currency as pre-judgment interest on such amount from October 1, 1995 through September 23, 1999 as provided by Texas state law.

It is further Ordered and Adjudged that the counter-plaintiff William Heinze recover of the defendants, John Thobe and Nuevacorp, Inc., d/b/a Sanddollar Realty, jointly and severally, the sum of Seven Hundred Sixty Five Dollars and sixty-two cents ($765.62) United States currency as post-judgment interest per day on the total amount of Two Million Seven Hundred Ninety-four Thousand Five Hundred Twenty-two Dollars and twenty-five cents ($2,794,522.25) as provided by Texas state law until fully and finally paid, and his costs of this suit and action.

Dated: ~~September~~ November 4, 1999.

_____
HONORABLE FILEMON VELA,
UNITED STATES DISTRICT JUDGE