*155*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SOUTH BAY LINKS AT PORT ISABEL, INC., F/K/A SOUTH PADRE ISLAND GOLF AND LINKS-PORT ISABEL, INC. § § § § | |
| vs. § | CIVIL NO. B-96-119 |
| CAMERON COUNTY FRESH WATER DISTRICT NO. 1 N/K/A LAGUNA MADRE WATER DISTRICT, ET AL. § § § § § | |

## ORDER

Before the Court is Nuevacorp, Inc.'s Motion for Leave to Contact Jurors (Doc. #139).

Said motions should be predicated upon specific sources for the details alleged. Notwithstanding, a hearing will be held to address the Motion on November 17, 1999 at 8:30 a.m. It is so **ORDERED**.

DONE at Brownsville, Texas this **5th** day of November, 1999.

Filemon B. Vela
United States District Judge