156

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SOUTH BAY LINKS AT PORT ISABEL, INC., F/K/A SOUTH PADRE ISLAND GOLF AND LINKS-PORT ISABEL, INC. § § § § | |
| vs. § | CIVIL NO. B-96-119 |
| § | |
| CAMERON COUNTY FRESH WATER DISTRICT NO. 1 N/K/A LAGUNA MADRE WATER DISTRICT, ET AL. § § § § | |

## ORDER

Before this Court are several pending motions in the above referenced cause of action. After careful consideration of each motion, it is the opinion of this Court that:

Motion For Entry Of Judgment On Sanctions (Doc. # 143) will be and is hereby **DENIED**. The Court will not impose sanctions in view of the jury verdict and judgment entered.

Nuevacorp, Inc. d/b/a Sanddollar Realty, Inc.'s Motion For Renewed Judgment As A Matter Of Law Or, In The Alternative, Motion For New Trial (Doc. # 144) will be and is hereby **DENIED**. The Court finds no grounds to provide the relief prayed for.

Intervenor/Counter-Defendant John Thobe's Motion For Renewed Judgment As A Matter Of Law Or, In The Alternative, Motion For A New Trial (Doc. # 146) will be and is hereby **DENIED**.

Motion To Compel Defendant Laguna Madre Water District To Produce The Records And Attorney's Bills Used To Produce The Affidavit Of Patricia Kelly Claiming $184,288.06 In Damages To District (Doc. # 148) will be and is hereby **DENIED**.

Intervenor/Counter-Defendant John Thobe's Motion For Judgment Notwithstanding The Verdict (Doc. # 151) will be and is hereby **DENIED**.

Intervenor John Thobe's Supplemental Motion For Renewed Judgment As A Matter Of Law, Or, In The Alternative, Motion For a New Trial Or For Judgment Notwithstanding The Verdict (Doc. # 153) will be and is hereby **DENIED**.

It is so **ORDERED**.

DONE this \_\_\_5th\_\_\_ day of November, 1999 in Brownsville, Texas.

                                                      Filemon B. Vela
                                                     United States District Judge