*177*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 23 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOUTH BAY LINKS AT PORT ISABEL, INC., F/K/A SOUTH PADRE ISLAND GOLF AND LINKS-PORT ISABEL, INC. | § § § § | |
| vs. | § § | CIVIL NO. B-96-119 |
| CAMERON COUNTY FRESH WATER DISTRICT NO. 1 N/K/A LAGUNA MADRE WATER DISTRICT, ET AL. | § § § § | |

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

Before the Court is Cameron County Fresh Water Supply District No. 1, N/K/A Laguna Madre Water District's Motion To Alter Or Amend Judgment (Doc. # 159). After review of said motion, responses thereto, and all applicable authorities, it is the opinion of this Court that said Motion should in all respects be **DENIED**.

It is so **ORDERED**.

DONE this 23ed day of February, 2000 in Brownsville, Texas.

Filemon B. Vela

United States District Judge