178

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SOUTH BAY LINKS AT PORT ISABEL, INC., F/K/A SOUTH PADRE ISLAND GOLF AND LINKS-PORT ISABEL, INC. § § § § vs. § § CAMERON COUNTY FRESH WATER § DISTRICT NO. 1 N/K/A § LAGUNA MADRE WATER DISTRICT, § ET AL. § | CIVIL NO. B-96-119 |

### ORDER DENYING NUEVACORP, INC.'S MOTION TO AMEND THE FINAL JUDGMENT, MOTION FOR REMITTITUR, AND RENEWED MOTION FOR NEW TRIAL

Before the Court is Nuevacorp, Inc.'s Motion To Amend The Final Judgment, Motion For Remittitur, and Renewed Motion For New Trial (Doc. # 158). After review of said motion, responses thereto, and all applicable authorities, it is the opinion of this Court that said Motion should in all respects be **DENIED**.

It is so **ORDERED**.

DONE this 23rd day of February, 2000 in Brownsville, Texas.

Filemon B. Vela

United States District Judge