198

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

No. 99-41499

JUL 0 6 2001

D.C. Docket No. B-96-CV-119

CHARLES R. FULBRUGE III
CLERK

CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, now known as Laguna Madre Water District; ET AL

United States District Court
Southern District of Texas
FILED

    Plaintiffs

AUG 0 1 2001

CAMERON COUNTY FRESH WATER SUPPLY DISTRICT NO. 1, now known as Laguna Madre Water District

Michael N. Milby
Clerk of Court

    Plaintiff - Appellant

v.

NUEVACORP INC, doing business as Sand Dollar Realty and Management; JOHN P THOBE

    Defendants - Appellees

Appeals from the United States District Court for the
    Southern District of Texas, Brownsville.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

## J U D G M E N T

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    The judgment entered provides that each party bear its own costs on appeal.

ISSUED AS MANDATE: JUL 3 0 2001

A true copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit

_____
             Deputy

JUL 3 0 2001

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

July 30, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

```
No. 99-41499  Cameron County Fresh v. Nuevacorp Inc
   USDC No. B-96-CV-119
                B-96-CV-119
```

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
John Alwert, Deputy Clerk
504-589-6514 ITCM # 213

cc: (letter only)
    Honorable Filemon B Vela
    Ms JoAnn Storey
    Mr Chris Anthony Brisack
    Mr Norton A Colvin Jr
    Mr Thomas H Crofts Jr

MDT-1